IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50937
Summary Calendar
_____


ROBERT JOSEPH CAMACHO,

                                        Petitioner-Appellant,


versus

GARY L. JOHNSON, TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,

                                        Respondent-Appellee.


- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-94-CA-804
- - - - - - - - - - -
February 26, 1997

Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Robert Joseph Camacho, Texas prisoner #520681, appeals the

district court's summary-judgment denial of his petition for

habeas corpus.  Camacho alleges that he was denied a fair and

impartial trial due to jury misconduct and because the

prosecution "suppressed evidence, that the evidence presented was

insufficient to convict him, that the indictment was defective,

and that he was denied effective assistance of counsel at trial

_____

        [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

and on appeal.  Camacho has failed to raise a material issue of fact or show that the respondent is not entitled to summary judgment as a matter of law.  See Teague v. Scott, 60 F.3d 1167, 1170 (5th Cir. 1995); Valles v. Lynaugh, 835 F.2d 126, 127 (5th Cir. 1988).  The district court did not commit error by granting sumary judgment.

AFFIRMED.